## UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

### No. 09-1895

JTH TAX, INCORPORATED, d/b/a Liberty Tax Service,

Plaintiff – Appellant,

v.

SAM BOONE (Default Noted),

Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (2:09-cv-00069-JBF-FBS)

Submitted: March 24, 2010          Decided: April 9, 2010

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Knowles, JTH TAX, INC., Virginia Beach, Virginia, for Appellant.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

JTH Tax, Incorporated, d/b/a Liberty Tax Service, appeals the district court's orders awarding it $8,795.07 in damages on its breach of franchise agreement claim, and denying its Fed. R. Civ. P. 59(e) motion to alter or amend. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See JTH Tax, Inc. v. Boone, No. 2:09-cv-00069-JBF-FBS (E.D. Va. filed June 29, 2009, entered June 30, 2009; July 7, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED